UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

NextiraOne, LLC,

Plaintiff,

vs.

Sunrise Leasing Corporation,

Defendant

Court File No. 01-CV-2279 JMR/FLN

**STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

---

The undersigned parties, through their respective counsel, hereby agree and stipulate that Defendant, Sunrise Leasing Corporation, may extend the period the time in which it has to answer or otherwise plead to Plaintiff NextiraOne, LLC's Complaint in this action until January 9, 2002.

CHRISTOFFEL & ELLIOTT, P.A.

Dated: January 3, 2002

Charles E. Keenan (#27737X)
1111 U.S. Bancorp Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
(651) 224-0244
Attorney for Defendant

FELHABER, LARSON, FENLON & VOGT, P.A.

Dated: January 4, 2002

David L. Hashmall (#138162)
225 South 6th Street, Suite 4200
Minneapolis, MN 55402-4302
(612) 339-6321
Attorney for Plaintiff

FILED
RICHARD D. SLETTEN, CLERK
JAN 9 2002
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS ________

**ORDER**

Pursuant to the foregoing Stipulation of the parties, Defendant Sunrise Leasing Corporation is hereby granted an extension until January 9, 2002 to answer or otherwise plead to Plaintiff NextiraOne LLC's Complaint in this matter.

BY THE COURT:

Dated: January 9, 2002

The Honorable James M. Rosenbaum
United States District Court Judge

k/1705.01-stipulation

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**


700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500